# EXHIBIT A

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Maria A. Pallante*

United States Register of Copyrights and Director

August 30, 2016

---

Date Of Recordation

9924                    957

---

Volume                Doc. No.

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

April 20, 2015

Universal Music Group
2220 Colorado Avenue
Santa Monica, CA 90404

As successor-in-interest to Chrysalis Records, Inc., EMI America Records, and Capitol Records, Inc.

RE: NOTICE OF TERMINATION UNDER 17 U.S.C. § 203 and 37 C.F.R. § 201.10

Dear Sir or Madam:

The undersigned is the author of the works listed on Schedule A annexed hereto. Pursuant to 17 U.S.C. § 203 and 37 C.F.R. § 201.10 I am hereby serving notice of my intention to terminate the grant or transfer of copyright and the rights of copyright proprietor in the works listed below. To my best knowledge and belief, this notice has been signed by the only person(s) whose signature(s) is necessary to terminate the grant under 17 U.S.C. § 203.

| | |
|---|---|
| Works: | See Schedule A |
| Name of Author(s): | John Waite |
| Copyright Date: | See Schedule A |
| Copyright Registration No: | See Schedule A |
| Effective Date of Termination: | See Schedule A |
| Grant Hereby Terminated: | All grants or transfers of copyright and all rights of copyright proprietor, including publication and recording rights, in and to the above sound recordings including, without limitation to the grant dated in or about 1981 between the members of the recording group called The Babys and Chrysalis Records. |
| Name(s)/Address(es) of Person(s) Executing Termination: | John Waite c/o Bill Vulsteke Provident Financial Management 2850 Ocean Park Blvd. Suite 300 Santa Monica, CA 90405 |

*/s/ JOHN WAITE*

Schedule A

| Work | Author | Publication Date | Copyright Registration No | Termination Notice Date | Effective Date of Termination |
|---|---|---|---|---|---|
| Ignition | John Waite | 5/21/1982 | SR0000036195 | 4/20/2015 | 5/22/17 |
| No Brakes | John Waite | 6/15/1984 | SR0000055904 | 4/20/2015 | 6/16/2019 |
| Mask of Smiles | John Waite | 7/26/1985 | SR0000093264 | 4/20/2015 | 7/27/2020 |

# PROOF OF SERVICE

State of California           )
                              )
County of Los Angeles         )

    I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

    On April 20, 2015, I served the foregoing **NOTICE OF TERMINATION UNDER 17 U.S.C. §203 and 37 C.F.R. §201.10** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Business Affairs
Universal Music Group
c/o UMG Recordings, Inc.
2220 Colorado Avenue, First Floor
Santa Monica, CA 90404

    I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2015.

                                                                    */s/ Evan S. Cohen*
                                                           EVAN S. COHEN