# EXHIBIT C

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Maria A. Pallante*

United States Register of Copyrights and Director

June 17, 2016
--------------------------------
Date Of Recordation

9921                 732
--------------------------------
Volume            Doc. No.

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

December 15, 2015

Universal Music Group
2220 Colorado Avenue
Santa Monica, CA 90404

As successor-in-interest to MCA Records, Inc.

**RE: NOTICE OF TERMINATION UNDER 17 U.S.C. § 203 and 37 C.F.R. § 201.10**

Dear Sir or Madam:

The undersigned persons are the authors of the works listed on Schedule A annexed hereto. Pursuant to 17 U.S.C. § 203 and 37 C.F.R. § 201.10, we are hereby serving notice of our intention to terminate the grant or transfer of copyrights and the rights of the copyright proprietor in the works listed below. To the best of our knowledge and belief, this notice has been signed by the only persons whose signatures are necessary to terminate the grant under 17 U.S.C. § 203.

| | |
|---|---|
| Works: | See Schedule A |
| Name of Author(s): | Joe Ely |
| Copyright Date: | See Schedule A |
| Copyright Registration No: | See Schedule A |
| Effective Date of Termination: | See Schedule A |
| Grant Hereby Terminated: | All grants or transfers of copyright and all rights of copyright proprietor, including publication and recording rights, in and to the above sound recordings including, without limitation to the grant dated in or about 1978 between the recording artist Joe Ely and MCA Records, Inc. |
| Name(s)/Address(es) of Person(s) Executing Termination: | Joe Ely<br>P.O. Box 91479<br>Austin, TX 78709 |

*/s/ Joe Ely*

## Schedule A

| Work | Author | Publication Date | Copyright Registration No | Termination Notice Date | Effective Date of Termination |
|---|---|---|---|---|---|
| Honky Tonk Masquerade | Joe Ely | February 9, 1978 | SR0000001085 | December 15, 2015 | December 16, 2017 |
| Honky Tonk Masquerade | Joe Ely | February 9, 1978 | SR0000080445 | December 15, 2015 | December 16, 2017 |
| Fingernails/Because Of The Wind | Joe Ely | February 8, 1978 | SR0000000183 | December 15, 2015 | December 16, 2017 |
| Honky Tonk Masquerade/Johnny Blues | Joe Ely | April 26, 1978 | SR0000000983 | December 15, 2015 | December 16, 2017 |
| She Never Spoke Spanish To Me/ Cornbread Moon | Joe Ely | September 27, 1978 | SR0000003875 | December 15, 2015 | December 16, 2017 |
| Down The Drag | Joe Ely | February 14, 1979 | SR0000008563 | December 15, 2015 | December 16, 2017 |
| Live Shots | Joe Ely | April 11, 1981 | SR0000033289 | December 15, 2015 | December 16, 2017 |
| Musta Notta Gotta Lotta | Joe Ely | March 27, 1981 | SR0000025796 | December 15, 2015 | December 16, 2017 |
| Hi-Res | Joe Ely | April 2, 1984 | SR0000053613 | December 15, 2015 | April 3, 2019 |

V9921 D732 P 2

## PROOF OF SERVICE

State of California )
)
County of Los Angeles )

I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

On December 15, 2015, I served the foregoing **NOTICE OF TERMINATION UNDER 17 U.S.C. §203 and 37 C.F.R. §201.10** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Business Affairs
Universal Music Group
c/o UMG Recordings, Inc.
2220 Colorado Avenue, First Floor
Santa Monica, CA 90404**

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices, **via certified mail, return receipt requested.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2015.

_____
EVAN S. COHEN