IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WAITE, an individual; JOE ELY, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation, and DOES 1 through 10,<br><br>Defendants. | Civil Action No. 1:19-cv-01091-LAK |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 20 2019

## STIPULATION AND ~~PROPOSED~~ ORDER

WHEREAS, Plaintiffs John Waite and Joe Ely, individually and on behalf of a proposed class consisting of all recording artists (statutory heirs or personal representatives if applicable) who have served or will serve during the pendency of this action Notices of Termination on Defendant UMG Recordings, Inc. ("UMG") pursuant to Section 203 of the Copyright Act with an effective date of termination of January 1, 2013 or later, commenced this action on or about February 5, 2019;

WHEREAS, Plaintiffs served Defendant UMG with a Summons on or about February 11, 2019;

WHEREAS, on or about February 28, 2019, Plaintiffs and Defendant UMG proposed a stipulation and order agreeing that Defendant UMG may answer, move or otherwise respond to the Complaint on or before May 3, 2019 (Dkt. 19);

WHEREAS, on or about May 3, 2019, Defendant UMG moved to dismiss Plaintiffs' Complaint (Dkt. 37-39);

WHEREAS, Plaintiffs have made no prior requests for an extension of time to respond to Defendant UMG's motion to dismiss;

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the time within which Plaintiffs may oppose or otherwise respond to Defendant UMG's motion to dismiss is hereby extended until and including June 5, 2019. Defendant UMG shall have until and including June 25, 2019 to file a reply to Plaintiffs' opposition or response. This extension of time shall not affect the dates set forth in the Court's Scheduling Order, dated April 2, 2019.

Dated: New York, NY
May 16, 2019

**BLANK ROME LLP**

By: *s/ Ryan E. Cronin*
Ryan E. Cronin, Esquire
1271 Avenue of the Americas
New York, NY 10020
Telephone (212) 885-5000

*Attorneys for Plaintiffs*

**SIDLEY AUSTIN LLP**

By: *s/ Steven M. Bierman*

Steven M. Bierman, Esquire
787 Seventh Avenue
New York, NY 10019
Telephone (212) 839-5300

*Attorneys for Defendant*

SO ORDERED:
_____
U.S.D.J. Lewis A. Kaplan

5/20/19