UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN WAITE, an individual; JOE ELY, an individual;
KASIM SULTON, an individual; SUSAN STRAW
HARRIS p/k/a SYD STRAW, an individual; LEONARD
GRAVES PHILLIPS, an individual; STAN SOBOL a/k/a
STAN LEE, an individual; and ISRAEL CABALLERO, an
individual; and on behalf of all others similarly
situated,

                           19-cv-1091 (LAK)

                    Plaintiff,

                -against-

UMG RECORDINGS, INC., a Delaware
corporation doing business as Universal Music
Group, and DOES 1 through 10,

                  Defendants.
------------------------------------------------------------x

              USDC SDNY
              DOCUMENT
              ELECTRONICALLY FILED
              DOC #:_____
              DATE FILED: NOV - 7 2019

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Oral argument regarding Defendants' motion to dismiss [DI 49] will be heard on February 3, 2020 at 10:00 A.M.

       SO ORDERED.

Dated:      November 7, 2019

                                                  Lewis A. Kaplan
                                            United States District Judge