UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN WAITE, an individual; JOE ELY, an individual; KASIM SULTON, an individual; SUSAN STRAW HARRIS p/k/a SYD STRAW, an individual; LEONARD GRAVES PHILLIPS, an individual; STAN SOBOL a/k/a STAN LEE, an individual; and ISRAEL CABALLERO, an individual; and on behalf of all others similarly situated,

                Plaintiffs,

                v.

UMG RECORDINGS, INC., a Delaware corporation doing business as Universal Music Group, and DOES 1 through 10,

                Defendants.

------------------------------------------------------------X

No. 1:19-cv-01091(LAK)

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, by Memorandum Order dated March 31, 2020, this Court granted in part and denied in part defendant UMG Recordings, Inc.'s ("UMG") motion to dismiss the Amended Complaint; and

WHEREAS, the parties have not previously sought the relief requested herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the time within which UMG may file an Answer to the Amended Complaint be, and the same hereby is, extended from April 14, 2020 until and including April 30, 2020.

Dated: New York, New York
       April 9, 2020

**BLANK ROME LLP**

By: /s/ Ryan E. Cronin
    Ryan E. Cronin
rcronin@blankrome.com
Roy W. Arnold (*Pro Hac Vice*)
rarnold@blankrome.com
Gregory M. Bordo (*Pro Hac Vice*)
gbordo@blankrome.com
David M. Perry (*Pro Hac Vice*)
perry@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

**COHEN MUSIC LAW**

Evan S. Cohen (*Pro Hac Vice*)
esc@manifesto.com
Maryann R. Marzano (*Pro Hac Vice*)
mmarzano@gradstein.com
mmarzano@cohenmusiclaw.com
1180 South Beverly Drive, Suite 510
Los Angeles, CA 90035-1157
Telephone: (310) 556-9800

*Attorneys for Plaintiffs*

**SIDLEY AUSTIN LLP**

By: /s/ Steven M. Bierman
    Steven M. Bierman
sbierman@sidley.com
Melanie Berdecia
mberdecia@sidley.com
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Rollin A. Ransom (*Pro Hac Vice)*
rransom@sidley.com
Lisa M. Gilford (*Pro Hac Vice)*
lgilford@sidley.com

Adriane Peralta (*Pro Hac Vice*)
adriane.peralta@sidley.com
Lauren M. De Lilly (*Pro Hac Vice*)
ldelilly@sidley.com
555 West 5th Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**COWAN, LIEBOWITZ & LATMAN, P.C.**

Richard S. Mandel
rsm@cll.com
Thomas Kjellberg
txk@cll.com
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
Facsimile: (212) 575-0671

*Attorneys for Defendant UMG Recordings, Inc.*

SO ORDERED:

_____
U.S.D.J. Lewis A. Kaplan