UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN WAITE, etc., et al.,

                            Plaintiffs,

            -against-                                           19-cv-1091 (LAK)


UMG RECORDINGS, INC., etc., at al.,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## ORDER

LEWIS A. KAPLAN, *District Judge.*

            Defendants' motion for reconsideration (DI 90) is denied.  To the extent that
defendants seek clarification on the Court's memorandum opinion (DI 89), it suffices to say only
that the Court's holding was limited to the following: Consistent with the Copyright Office's
practice of accepting for recordation termination notices of gap grants subject to certain conditions,
the Court holds that a grant agreed to before January 1, 1978, for works created on or after that date,
is terminable under 17 U.S.C. § 203, so long as either (1) the termination notice recites, as the date
of execution, the date on which the work was created, or (2) if the termination notice fails to do so,
the date on which the work was created is otherwise alleged and the termination notice's omission
of that date is deemed to be a harmless error.


            SO ORDERED.

Dated:        January 7, 2021


                                                    Lewis A. Kaplan
                                            United States District Judge