# Exhibit 22

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Agent | A | UMG0026462 | Thu 09/05/2019 | UMG0026462 | Not Applicable | Not provided by UMG | Mon 09/06/2021 | Not Applicable | Not provided by UMG |
| Alexander O' Neal | A | UMG0028093<br>UMG0026191 | Wed 05/02/2018 | UMG0028093 | Not Applicable | Not provided by UMG | Sun 05/03/2020 | 12/???/1988 | UMG0026191 |
| Anthrax | A | UMG0004396<br>UMG0039908 | Mon 10/07/2019 | UMG0004396 | Not Applicable | Not provided by UMG | Sun 10/31/2021 | Wed 09/18/1985 | UMG0039908 |
| Asia | A | UMG0039483<br>UMG0039489 | Fri 03/13/2020 | UMG0039483 | Not Applicable | Not provided by UMG | Mon 03/14/2022 | Thu 09/03/1981 | UMG0039489 |
| Atlantic Starr | A | P04188<br>UMG0018480<br>UMG0018542<br>UMG0010341 | Thu 01/04/2018 | P04188 | Thu 02/08/2018 | UMG0010341 | Thu 04/16/2020 | Mon 02/01/1982 | UMG0018480 |
| Beat Radio | A | UMG0000102<br>UMG0000108 | Wed 06/06/2018 | UMG0000102 | Tue 07/10/2018 | UMG0000108 | Thu 07/09/2020 | Thu 11/15/1984 | UMG0024781 |
| Belinda Carlisle | A | UMG0041016<br>UMG0028164 | Wed 01/22/2020 | UMG0041016 | Not Applicable | Not provided by UMG | Sun 01/23/2022 | Sun 03/22/1987 | UMG0028164 |
| Bill Medley | A | UMG0028089<br>UMG0028716 | Sat 03/02/2019 | UMG0028089 | Not Applicable | Not provided by UMG | Tue 03/02/2021 | Sun 08/01/1976 | UMG0028716 |
| Black Uhuru | A | P02961<br>UMG0026014 | Wed 07/10/2019 | P02961 | Not Applicable | Not provided by UMG | Mon 11/09/2020 | Wed 01/01/1986 | UMG0026014 |
| Blue Angel | A | UMG0000166<br>UMG0024834 | Fri 09/28/2018 | UMG0000166 | Not Applicable | Not provided by UMG | Mon 09/28/2020 | Mon 03/10/1980 | UMG0024834 |
| Bob Welch | A | UMG0024898<br>UMG0025023 | Mon 08/03/2015 | UMG0025023 | Not Applicable | Not provided by UMG | Fri 08/04/2017 | Tue 04/12/1977 | UMG0024898 |
| Bryan Adams | A | UMG0000280<br>UMG0000269<br>UMG0018546 | Fri 08/21/2015 | UMG0000280<br>UMG0000269 | Tue 10/10/2017 | UMG0000269 | Mon 08/21/2017 | Mon 03/24/1980 | UMG0018546 |
| Buck Trent | A | UMG0004408<br>UMG0039940 | Tue 08/06/2019 | UMG0004408 | Not Applicable | Not provided by UMG | Fri 12/31/2021 | Sat 01/25/1986 | UMG0039940 |
| Buggles | A | UMG0000289<br>UMG0000310<br>UMG0000318<br>UMG0018557 | Tue 11/18/2014 | UMG0000310 | Fri 05/27/2016 | UMG0000289 | Thu 08/18/2016 | Tue 10/09/1979 | UMG0018557 |
| Buggles | A | UMG0000289<br>UMG0000295<br>UMG0000336<br>UMG0018557 | Mon 08/18/2014 | UMG0000336 | Fri 05/27/2016 | UMG0000289 | Thu 08/18/2016 | Tue 10/09/1979 | UMG0018557 |
| Call | A | UMG0004304<br>UMG0024705 | Fri 08/31/2018 | UMG0004304 | Not Applicable | Not provided by UMG | Tue 09/01/2020 | Wed 04/22/1981 | UMG0024705 |
| Candy | A | P03287<br>UMG0027279 | Mon 12/02/2019 | P03287 | Not Applicable | Not provided by UMG | Fri 12/03/2021 | Fri 11/09/1984 | UMG0027279 |
| Chameleons | A | UMG0004413<br>UMG0026848 | Tue 09/10/2019 | UMG0004413 | Not Applicable | Not provided by UMG | Fri 10/29/2021 | Tue 11/26/1985 | UMG0026848 |
| Chris Montez | A | UMG0004417<br>UMG0026680 | Wed 07/17/2019 | UMG0004417 | Not Applicable | Not provided by UMG | Sun 07/18/2021 | Wed 12/15/1982 | UMG0026680 |
| Crowded House | A | UMG0028852<br>UMG0029210 | Thu 12/12/2019 | UMG0029210 | Not Applicable | Not provided by UMG | Fri 12/31/2021 | Tue 11/26/1985 | UMG0028852 |
| Culture | A | UMG0025829 | Thu 10/12/2017 | UMG0025829 | Not Applicable | Not provided by UMG | Sat 10/12/2019 | Not Applicable | Not provided by UMG |
| Danny and Dusty | A | UMG0004251<br>UMG0040750 | Tue 02/27/2018 | UMG0004251 | Not Applicable | Not provided by UMG | Thu 05/14/2020 | Sun 04/14/1985 | UMG0040750 |

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Danny Wilde | A | UMG0000588<br>UMG0000596<br>UMG0000600<br>UMG0026516 | Mon 11/06/2017 | UMG0000600 | Mon 01/22/2018 | UMG0000596 | Mon 04/26/2021 | Tue 06/09/1987 | UMG0026516 |
| David Grisman | A | UMG0000630<br>UMG0000640<br>UMG0000644<br>UMG0033986 | Wed 06/29/2016 | UMG0000644 | Mon 12/12/2016 | UMG0000640 | Sat 06/30/2018 | Tue 06/20/1978 | UMG0033986 |
| DB's | A | UMG0000669<br>UMG0027433 | Tue 03/17/2015 | UMG0000669 | Not Applicable | Not provided by UMG | Fri 10/01/2021 | Mon 09/01/1986 | UMG0027433 |
| DeBarge | A | UMG0000675<br>UMG0000681<br>UMG0018745<br>UMG0018768 | Tue 03/13/2018 | UMG0000675 | Fri 09/21/2018 | UMG0000681 | Sat 03/14/2020 | Mon 11/12/1979 | UMG0018745 |
| Debarge - Eldra | A | UMG0004389<br>UMG0018768 | Fri 01/25/2019 | UMG0004389 | Not Applicable | Not provided by UMG | Fri 04/09/2021 | Fri 09/17/1982 | UMG0018768 |
| Delegation | A | UMG0004260<br>UMG0004370 | Fri 02/08/2019 | UMG0004260 | Thu 10/24/2019 | UMG0004370 | Mon 02/08/2021 | Not Applicable | Not provided by UMG |
| Dickies | A | UMG0000764<br>UMG0000724<br>UMG0000714<br>UMG0015490<br>UMG0015904<br>UMG1500397<br>UMG0000731 | Tue 09/12/2017 | UMG0000764 | Tue 01/23/2018 | UMG0000724 | Fri 09/13/2019 | Mon 04/03/1978 | UMG0000731 |
| Dream Syndicate | A | UMG0018148<br>UMG0019665 | Tue 03/01/2016 | UMG0018148 | Not Applicable | Not provided by UMG | Wed 05/08/2019 | Thu 09/01/1983 | UMG0019665 |
| Dream Syndicate | A | UMG0018156<br>UMG0019660 | Tue 03/01/2016 | UMG0018156 | Not Applicable | Not provided by UMG | Wed 10/30/2019 | Thu 09/01/1983 | UMG0019660 |
| Dwight Twilley | A | P03019<br>UMG0025112 | Mon 12/19/2016 | P03019 | Not Applicable | Not provided by UMG | Tue 05/02/2017 | Thu 10/15/1981 | UMG0025112 |
| Dwight Twilley | A | UMG0025256<br>UMG0025112 | Mon 06/01/2015 | UMG0025256 | Not Applicable | Not provided by UMG | Thu 02/09/2017 | Thu 10/15/1981 | UMG0025112 |
| Edwin Hawkins | A | UMG0039552<br>UMG0040120 | Wed 11/13/2019 | UMG0039552 | Not Applicable | Not provided by UMG | Sun 11/14/2021 | Tue 09/12/1989 | UMG0040120 |
| Emotions | A | UMG0004267 | Wed 09/27/2017 | UMG0004267 | Not Applicable | Not provided by UMG | Fri 03/20/2020 | Not Applicable | Not provided by UMG |
| Eric B. & Rakim | A | UMG0039767<br>UMG0040126 | Wed 12/18/2019 | UMG0039767 | Not Applicable | Not provided by UMG | Sat 12/18/2021 | Thu 08/21/1986 | UMG0040126 |
| Eric Carmen | A | UMG0029230 | Thu 06/16/2016 | UMG0029230 | Not Applicable | Not provided by UMG | Thu 01/30/2020 | Thu 05/31/1984 | UMG0038965 |
| Faragher Brothers | A | UMG0000834<br>UMG0018898 | Mon 12/19/2016 | UMG0000834 | Not Applicable | Not provided by UMG | Thu 12/20/2018 | Mon 03/13/1978 | UMG0018898 |
| Faragher Brothers | A | UMG0000847<br>UMG0000836<br>UMG0018898 | Tue 01/17/2017 | UMG0000847 | Thu 06/01/2017 | UMG0000836 | Fri 01/18/2019 | Mon 03/13/1978 | UMG0018898 |
| Fleshtones | A | UMG0014261<br>UMG0000860<br>UMG0018923 | Fri 05/01/2015 | UMG0014261 | Wed 01/10/2018 | UMG0000860 | Fri 06/08/2018 | Thu 10/15/1981 | UMG0018923 |
| Fleshtones | A | UMG0014257<br>UMG0000860<br>UMG0018923 | Fri 05/01/2015 | UMG0000851 | Wed 01/10/2018 | UMG0000860 | Fri 06/08/2018 | Thu 10/15/1981 | UMG0018923 |

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Frankie Beverly/Maze | A | UMG0025309 UMG0025314 | Fri 01/29/2016 | UMG0025309 | Not Applicable | Not provided by UMG | Fri 06/15/2018 | Sun 06/01/1980 | UMG0025314 |
| Freddie Jackson | A | UMG0039467 | Wed 07/24/2019 | UMG0039467 | Not Applicable | Not provided by UMG | Sun 07/25/2021 | Not Applicable | Not provided by UMG |
| Gary Taylor | A | UMG0004270 UMG0027358 | Thu 04/04/2019 | UMG0004270 | Not Applicable | Not provided by UMG | Mon 04/05/2021 | Fri 04/15/1983 | UMG0027358 |
| George Clinton | A | UMG0000942 UMG0025405 UMG0128942 | Fri 02/23/2018 | UMG0025405 | Not Applicable | Not provided by UMG | Sun 02/23/2020 | Mon 11/02/1981 | UMG0128942 |
| George Clinton | A | UMG0000930 UMG0000936 UMG0000942 UMG0128942 | Tue 10/24/2017 | UMG0000936 | Wed 03/28/2018 | UMG0000930 | Fri 10/25/2019 | Mon 11/02/1981 | UMG0128942 |
| George Howard | A | UMG0028114 UMG0028209 | Fri 01/10/2020 | UMG0028114 | Not Applicable | Not provided by UMG | Tue 01/11/2022 | Wed 03/12/1986 | UMG0028209 |
| George Howard | A | UMG0028117 UMG0028209 | Fri 01/10/2020 | UMG0028117 | Not Applicable | Not provided by UMG | Tue 01/11/2022 | Wed 03/12/1986 | UMG0028209 |
| Gino & Joe Vannelli | A | UMG0000990 UMG0000953 UMG0000970 UMG0019778 | Fri 12/28/2012 | UMG0000990 | Wed 09/04/2013 | UMG0000953 | Thu 09/05/2013 | Mon 02/12/1979 | UMG0019778 |
| Giovanni Giorgio Moroder | A | UMG0000995 | Tue 03/29/2016 | UMG0000995 | Not Applicable | Not provided by UMG | Sat 03/31/2018 | Sat 05/12/1979 | UMG0040586 |
| Giovanni Giorgio Moroder | A | UMG0000999 | Tue 03/21/2017 | UMG0000999 | Not Applicable | Not provided by UMG | Sun 03/31/2019 | Sat 05/12/1979 | UMG0040586 |
| Giovanni Giorgio Moroder | A | UMG0001002 | Tue 03/21/2017 | UMG0001002 | Not Applicable | Not provided by UMG | Sun 03/31/2019 | Sat 05/12/1979 | UMG0040586 |
| Giovanni Giorgio Moroder | A | UMG0001004 | Tue 03/21/2017 | UMG0001004 | Not Applicable | Not provided by UMG | Sun 03/31/2019 | Sat 05/12/1979 | UMG0040586 |
| Giovanni Giorgio Moroder | A | UMG0001007 | Tue 03/21/2017 | UMG0001007 | Not Applicable | Not provided by UMG | Sun 03/31/2019 | Sat 05/12/1979 | UMG0040586 |
| Giovanni Giorgio Moroder | A | UMG0001010 | Tue 03/21/2017 | UMG0001010 | Not Applicable | Not provided by UMG | Sun 03/31/2019 | Sat 05/12/1979 | UMG0040586 |
| Green on Red | A | UMG0027313 UMG0027318 | Tue 12/10/2019 | UMG0027313 | Not Applicable | Not provided by UMG | Sat 12/11/2021 | Mon 01/07/1985 | UMG0027318 |
| Guns N Roses | A | UMG0004423 UMG0026925 | Tue 07/23/2019 | UMG0004423 | Not Applicable | Not provided by UMG | Fri 12/31/2021 | Tue 08/03/1982 | UMG0026925 |
| Heart | A | UMG0025542 UMG0025556 | Mon 02/29/2016 | UMG0025542 | Not Applicable | Not provided by UMG | Thu 03/01/2018 | Wed 05/22/1985 | UMG0025556 |
| Heart | A | UMG0025515 UMG0025556 | Wed 04/06/2016 | UMG0025515 | Not Applicable | Not provided by UMG | Tue 07/07/2020 | Wed 05/22/1985 | UMG0025556 |
| Henry Badowski | A | UMG0004273 | Thu 01/10/2019 | UMG0004273 | Not Applicable | Not provided by UMG | Mon 01/11/2021 | Not Applicable | Not provided by UMG |
| Henry Gross | A | UMG0025763 UMG0025702 | Tue 07/17/2018 | UMG0025763 | Not Applicable | Not provided by UMG | Sat 07/18/2020 | Fri 12/21/1979 | UMG0025702 |
| Henry Gross | A | UMG0025700 UMG0025702 | Tue 12/24/2013 | UMG0025700 | Not Applicable | Not provided by UMG | Thu 12/24/2015 | Fri 12/21/1979 | UMG0025702 |
| Henry Gross | A | UMG0024471 UMG0025702 | Thu 09/06/2018 | UMG0024471 | Not Applicable | Not provided by UMG | Mon 09/07/2020 | Fri 12/21/1979 | UMG0025702 |
| Herbie Hancock | A | UMG0039725 UMG0041035 | Tue 05/31/2016 | UMG0039725 | Not Applicable | Not provided by UMG | Fri 12/31/2021 | Fri 08/25/1989 | UMG0041035 |

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Holly Beth Vincent | A | UMG0025773 | Mon 05/23/2016 | UMG0025773 | Not Applicable | Not provided by UMG | Thu 05/24/2018 | Not Applicable | Not provided by UMG |
| Hubbard and Shaw | A | UMG0028053 UMG0028912 | Wed 02/28/2018 | UMG0028053 | Not Applicable | Not provided by UMG | Mon 03/15/2021 | Fri 03/29/1985 | UMG0028912 |
| Humans | A | UMG0016034 | Fri 12/07/2018 | UMG0016034 | Not Applicable | Not provided by UMG | Thu 12/31/2020 | Not Applicable | Not provided by UMG |
| Jah Wobble | A | UMG0025810 UMG0025783 | Fri 02/09/2018 | UMG0025810 | Not Applicable | Not provided by UMG | Mon 02/10/2020 | Fri 08/25/1978 | UMG0025783 |
| Jerry Lee Lewis | A | UMG0001122 UMG0001117 UMG0018945 UMG0018944 UMG0018940 | Wed 04/30/2014 | UMG0001122 | Tue 05/08/2018 | UMG0001117 | Sat 12/31/2016 | Wed 03/21/1973 | UMG0018945 |
| Jessye Norman | A | UMG0001137 UMG0001145 UMG0027512 | Sun 01/15/2017 | UMG0001145 | Not Applicable | Not provided by UMG | Fri 11/15/2019 | Thu 12/28/1978 | UMG0027512 |
| Jim Glaser | A | UMG0004276 | Tue 01/15/2019 | UMG0004276 | Not Applicable | Not provided by UMG | Sat 01/16/2021 | Not Applicable | Not provided by UMG |
| Joe Jackson | A | UMG0001365 UMG0001370 UMG0001384 UMG0018978 UMG0019008 | Thu 10/27/2016 | UMG0001384 | Fri 01/06/2017 | UMG0001370 | Sat 10/27/2018 | Wed 08/09/1978 | UMG0018978 |
| Joey Harris | A | UMG0004327 | Fri 05/01/2015 | UMG0004327 | Not Applicable | Not provided by UMG | Sun 08/05/2018 | Not Applicable | Not provided by UMG |
| John Serry | A | UMG0024512 UMG0024638 | Wed 12/01/2010 | UMG0024512 | Not Applicable | Not provided by UMG | Mon 02/20/1978 | Mon 02/20/1978 | UMG0024638 |
| Jon Butcher Axis | A | UMG0004284 UMG0026135 | Thu 09/06/2018 | UMG0004284 | Not Applicable | Not provided by UMG | Mon 09/07/2020 | Wed 07/21/1982 | UMG0026135 |
| Jon Hassell | A | UMG0001284 UMG0024585 | Mon 10/02/2017 | UMG0001284 | Not Applicable | Not provided by UMG | Thu 10/03/2019 | Sat 08/22/1981 | UMG0024585 |
| Kasim Sulton | A | UMG0019808 UMG0019906 UMG0020057 UMG0020063 UMG0019812 | Wed 07/20/2016 | UMG0019808 | Tue 09/20/2016 | P00097 | Sat 07/21/2018 | Mon 09/29/1980 | UMG0019812 |
| Keel | A | UMG0004331 UMG0004385 UMG0040308 | Mon 01/29/2018 | UMG0004331 | Sat 05/18/2019 | UMG0004385 | Thu 03/25/2021 | Sat 02/01/1986 | UMG0040308 |
| Kim Carnes | A | UMG0083666 UMG0130642 | Fri 01/06/2012 | UMG0083666 | Not Applicable | Not provided by UMG | Sat 04/10/2021 | Thu 01/05/1978 | UMG0130642 |
| Let's Active | A | UMG0027276 UMG0027242 | Mon 12/02/2019 | UMG0027276 | Not Applicable | Not provided by UMG | Fri 12/03/2021 | Fri 07/08/1983 | UMG0027242 |
| Let's Active | A | UMG0027270 UMG0027242 | Mon 12/02/2019 | UMG0027270 | Not Applicable | Not provided by UMG | Fri 12/03/2021 | Fri 07/08/1983 | UMG0027242 |
| Long Ryders | A | UMG0002896 UMG0002901 UMG0024607 | Mon 08/03/2015 | UMG0002896 | Tue 04/18/2017 | UMG0002901 | Mon 11/09/2020 | Thu 08/22/1985 | UMG0024607 |
| Lords of the New Church | A | UMG0018138 UMG0019057 | Thu 10/15/2015 | UMG0018138 | Not Applicable | Not provided by UMG | Fri 10/20/2017 | Mon 03/15/1982 | UMG0019057 |
| Loretta Lynn | A | UMG0001797 UMG0001809 UMG0019083 UMG0019130 | Tue 10/11/2016 | UMG0001797 | Mon 04/17/2017 | UMG0001809 | Thu 10/11/2018 | Sat 01/01/1966 | UMG0019083 |

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Marianne Evelyn Faithful Davis | A | UMG0001821<br>UMG0001837<br>UMG0001825<br>UMG0025848 | Mon 10/23/2017 | UMG0001821 | Mon 01/07/2019 | UMG0001837 | Thu 10/24/2019 | Mon 02/01/1982 | UMG0025848 |
| Martha and the Muffins | A | UMG0025871<br>UMG0019083<br>UMG0025875 | Mon 10/30/2017 | UMG0025871 | Not Applicable | Not provided by UMG | Thu 10/31/2019 | Mon 06/04/1979 | UMG0025875 |
| Martha and the Muffins | A | UMG0025865<br>UMG0019083<br>UMG0025875 | Mon 10/30/2017 | UMG0025865 | Not Applicable | Not provided by UMG | Thu 10/31/2019 | Mon 06/04/1979 | UMG0025875 |
| Marti Jones | A | UMG0001844<br>UMG0001847<br>UMG0001851 | Tue 01/30/2018 | UMG0001844 | Thu 04/12/2018 | UMG0001847 | Thu 08/13/2020 | Not Applicable | Not provided by UMG |
| Michael Durio | A | UMG0040337 | Mon 09/28/2020 | UMG0040337 | Not Applicable | Not provided by UMG | Wed 09/29/2021 | Not Applicable | Not provided by UMG |
| Michael Murphey | A | UMG0028291<br>UMG0028057 | Tue 02/18/2020 | UMG0028291 | Not Applicable | Not provided by UMG | Mon 02/21/2022 | Wed 10/01/1980 | UMG0028057 |
| Motels | A | P03334<br>UMG0040586 | Thu 03/05/2020 | P03334 | Not Applicable | Not provided by UMG | Sun 03/06/2022 | Sat 05/12/1979 | UMG0040586 |
| Mylon LeFevre | A | UMG0029785<br>UMG0040408 | Wed 03/25/2020 | UMG0029785 | Not Applicable | Not provided by UMG | Fri 03/25/2022 | Wed 08/01/1979 | UMG0040408 |
| Neil Young | A | UMG0024562<br>UMG0019191<br>UMG0019167 | Thu 11/29/2012 | UMG0024562 | Not Applicable | Not provided by UMG | Wed 08/12/2020 | Tue 11/02/1982 | UMG0019191 |
| Neil Young | A | UMG0001904<br>UMG0019191<br>UMG0019167 | Fri 05/31/2013 | UMG0001904 | Not Applicable | Not provided by UMG | Wed 07/21/2021 | Tue 11/02/1982 | UMG0019191 |
| Neil Young | A | UMG0024574<br>UMG0019191<br>UMG0019167 | Thu 11/29/2012 | UMG0024574 | Not Applicable | Not provided by UMG | Wed 08/01/2018 | Tue 11/02/1982 | UMG0019191 |
| Neil Young | A | UMG0024556<br>UMG0019191<br>UMG0019167 | Thu 11/29/2012 | UMG0024556 | Not Applicable | Not provided by UMG | Sat 12/30/2017 | Tue 11/02/1982 | UMG0019191 |
| Nick Gilder | A | P03422<br>UMG0025899 | Tue 09/15/2015 | P03422 | Not Applicable | Not provided by UMG | Sat 09/16/2017 | Sat 05/01/1976 | UMG0025899 |
| NRBQ | A | UMG0001907<br>UMG0001923<br>UMG0001930<br>UMG0001912<br>UMG0019239 | Tue 02/09/2016 | UMG0001907 | Mon 04/25/2016 | UMG0001923 | Sat 02/10/2018 | Mon 10/31/1977 | UMG0019239 |
| O'Bryan | A | UMG0026458<br>UMG0026404 | Mon 07/15/2019 | UMG0026458 | Not Applicable | Not provided by UMG | Fri 04/23/2021 | Mon 10/07/1985 | UMG0026404 |
| Peabo Bryson & Roberta Flack | A | UMG0083759<br>UMG0084864 | Mon 03/02/2020 | UMG0083759 | Not Applicable | Not provided by UMG | Thu 03/03/2022 | Mon 12/01/1980 | UMG0084864 |
| Pearl Harbor | A | UMG0002003<br>UMG0019279 | Mon 02/26/2018 | UMG0002003 | Not Applicable | Not provided by UMG | Thu 02/27/2020 | Thu 12/15/1983 | UMG0019279 |

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Peter Frampton | A | UMG0002016 UMG0002041 UMG0002006 UMG0002031 UMG0019618 UMG0019631 UMG0022396 | Tue 02/05/2013 | UMG002016 | Thu 03/27/2014 | UMG0002041 | Tue 02/10/2015 | Sat 11/01/1980 | UMG0019631 |
| Peter Godwin | A | UMG0002051 UMG0002047 UMG0002054 UMG0019304 | Mon 08/08/2016 | UMG0002051 | Wed 10/26/2016 | UMG0002047 | Thu 08/09/2018 | Tue 12/01/1981 | UMG0019304 |
| Pia Zadora | A | UMG0004298 | Tue 02/12/2019 | UMG0004298 | Not Applicable | Not provided by UMG | Sat 02/13/2021 | Not Applicable | Not provided by UMG |
| Pipedream | A | UMG0002071 UMG0002067 UMG0019329 | Tue 05/03/2016 | UMG0002071 | Mon 05/30/2016 | UMG0002067 | Sun 01/31/2016 | Wed 08/16/1978 | UMG0019329 |
| Plimsouls | A | UMG0004458 UMG0053268 | Mon 08/12/2019 | UMG0004458 | Not Applicable | Not provided by UMG | Fri 08/13/2021 | Thu 12/23/1982 | UMG0053268 |
| Razzy Bailey | A | UMG0004462 UMG0026710 | Mon 08/05/2019 | UMG0004462 | Not Applicable | Not provided by UMG | Fri 08/06/2021 | Wed 05/09/1984 | UMG0026710 |
| Records | A | UMG0026061 | Mon 08/03/2015 | UMG0026061 | Not Applicable | Not provided by UMG | Fri 08/04/2017 | Not Applicable | Not provided by UMG |
| Records | A | UMG0026066 | Mon 08/03/2015 | UMG0026066 | Not Applicable | Not provided by UMG | Fri 08/04/2017 | Not Applicable | Not provided by UMG |
| Records | A | UMG0026071 | Mon 08/03/2015 | UMG0026071 | Not Applicable | Not provided by UMG | Fri 08/04/2017 | Not Applicable | Not provided by UMG |
| Rita Coolidge | A | UMG0002299 UMG0002293 UMG0002283 UMG0019360 UMG0019361 | Wed 07/15/2015 | UMG0002299 | Tue 11/17/2015 | UMG0002293 | Sun 07/16/2017 | Fri 07/01/1977 | UMG0019361 |
| Shriekback | A | UMG0002539 UMG0027752 | Thu 08/09/2018 | UMG0002539 | Not Applicable | Not provided by UMG | Thu 10/21/2021 | Mon 06/23/1986 | UMG0027752 |
| Shriekback | A | UMG0002544 UMG0027752 | Thu 08/09/2018 | UMG0002544 | Not Applicable | Not provided by UMG | Mon 08/10/2020 | Mon 06/23/1986 | UMG0027752 |
| Slaughter and the Dogs | A | UMG0002552 UMG0019387 | Mon 04/18/2016 | UMG0002552 | Mon 06/12/2017 | UMG0002558 | Sun 04/29/2018 | Sat 10/08/1977 | UMG0019387 |
| Sly & Robbie | A | UMG0002569 UMG0026037 | Tue 08/21/2018 | UMG0002569 | Not Applicable | Not provided by UMG | Sat 08/22/2020 | Wed 02/01/1989 | UMG0026037 |
| Smithereens | A | UMG0027801 UMG0073887 | Tue 07/17/2018 | UMG0027801 | Not Applicable | Not provided by UMG | Mon 09/06/2021 | Mon 06/01/1987 | UMG0073887 |
| SOS Band | A | UMG0004339 | Thu 03/08/2018 | UMG0004339 | Not Applicable | Not provided by UMG | Mon 03/09/2020 | Not Applicable | Not provided by UMG |
| Stan Ridgeway | A | UMG0028126 UMG0152112 | Tue 01/07/2020 | UMG0028126 | Not Applicable | Not provided by UMG | Sat 01/08/2022 | Fri 03/11/1988 | UMG0152112 |
| Stephanie Mills | A | UMG0004245 UMG0040818 | Fri 04/06/2018 | UMG0004245 | Not Applicable | Not provided by UMG | Fri 04/10/2020 | Sun 01/15/1978 | UMG0040818 |
| Steve Miller Band | A | V3622D905 UMG0040570 | Fri 01/24/2014 | Not provided by UMG | Not Applicable | Not provided by UMG | Sun 10/24/2021 | Wed 10/14/1981 | UMG0040570 |
| Stevie Wonder | A | UMG0002749 UMG0019405 | Wed 11/15/2017 | UMG0002749 | Not Applicable | Not provided by UMG | Sat 11/16/2019 | Thu 04/01/1982 | UMG0019405 |
| Tank - Kamaflage | A | UMG0019545 | Tue 04/17/2018 | UMG0019545 | Not Applicable | Not provided by UMG | Sat 04/18/2020 | Not Applicable | Not provided by UMG |
| Tex and the Horseheads | A | UMG0004309 UMG0026250 | Tue 01/16/2018 | UMG0004309 | Not Applicable | Not provided by UMG | Fri 09/10/2021 | Mon 07/15/1985 | UMG0026250 |

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Tex and the Horseheads | A | UMG0024485 UMG0026250 | Tue 01/16/2018 | UMG0024485 | Not Applicable | Not provided by UMG | Fri 01/17/2020 | Mon 07/15/1985 | UMG0026250 |
| Tex and the Horseheads | A | UMG0024494 UMG0026250 | Tue 01/16/2018 | UMG0024494 | Not Applicable | Not provided by UMG | Fri 10/16/2020 | Mon 07/15/1985 | UMG0026250 |
| Thrashing Doves | A | UMG0028130 UMG0028470 | Tue 12/17/2019 | UMG0028130 | Not Applicable | Not provided by UMG | Sat 12/18/2021 | Mon 10/14/1985 | UMG0028470 |
| Three O' Clock | A | P04473 UMG0036080 | Mon 08/15/2016 | P04473 | Not Applicable | Not provided by UMG | Sun 04/26/2020 | Thu 11/01/1984 | UMG0036080 |
| Tommy Keene | A | UMG0027160 UMG0054280 | Wed 11/06/2019 | UMG0027160 | Not Applicable | Not provided by UMG | Sun 11/07/2021 | Thu 05/30/1985 | UMG0054280 |
| Tompall Glaser | A | UMG0002999 UMG0003098 UMG0003002 UMG0003014 UMG0028012 | Fri 01/11/2019 | UMG0002999 | Not Applicable | Not provided by UMG | Wed 01/13/2021 | Tue 10/01/1985 | UMG0028012 |
| U.K. | A | UMG0026102 UMG0026106 | Fri 01/22/2016 | UMG0026102 | Not Applicable | Not provided by UMG | Wed 03/07/2018 | Sun 10/08/1978 | UMG0026106 |
| Victor Willis | A | UMG0003056 UMG0003098 UMG0003002 UMG0003014 | Wed 09/07/2016 | UMG0003056 | Tue 05/02/2017 | UMG0003098 | Fri 09/07/2018 | Not Applicable | Not provided by UMG |
| Victor Willis | A | UMG0003120 UMG0003098 UMG0003002 UMG0003014 | Wed 09/07/2016 | UMG0003070 | Tue 05/02/2017 | UMG0003098 | Fri 09/07/2018 | Not Applicable | Not provided by UMG |
| Victor Willis | A | UMG0003120 UMG0003098 UMG0003002 UMG0003014 | Wed 09/07/2016 | UMG0003084 | Tue 05/02/2017 | UMG0003098 | Fri 09/07/2018 | Not Applicable | Not provided by UMG |
| Victor Willis | A | UMG0003120 UMG0003098 UMG0003002 UMG0003014 | Wed 09/07/2016 | UMG0003028 | Tue 05/02/2017 | UMG0003098 | Fri 09/07/2018 | Not Applicable | Not provided by UMG |
| Victor Willis | A | UMG0003120 UMG0003098 UMG0003002 UMG0003014 | Mon 09/19/2016 | UMG0003202 | Tue 05/02/2017 | UMG0003098 | Wed 09/19/2018 | Not Applicable | Not provided by UMG |
| Victor Willis | A | UMG0003120 UMG0003098 UMG0003002 UMG0003014 | Thu 09/15/2016 | UMG0003120 | Tue 05/02/2017 | UMG0003098 | Sat 09/15/2018 | Not Applicable | Not provided by UMG |
| Victor Willis | A | UMG0003162 UMG0003098 UMG0003002 UMG0003014 | Mon 09/19/2016 | UMG0003162 | Tue 05/02/2017 | UMG0003098 | Sun 09/09/2018 | Not Applicable | Not provided by UMG |
| Victor Willis | A | UMG0003042 UMG0003098 UMG0003002 UMG0003014 | Wed 09/07/2016 | UMG0003042 | Tue 05/02/2017 | UMG0003098 | Fri 09/07/2018 | Not Applicable | Not provided by UMG |
| Vinnie Vincent | A | UMG0028025 UMG0029111 | Thu 11/08/2018 | UMG0028025 | Not Applicable | Not provided by UMG | Wed 11/11/2020 | Mon 11/11/1985 | UMG0029111 |

## Class A

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Wally Badarou | A | UMG0003214<br>UMG0019593 | Wed 10/18/2017 | UMG0003214 | Not Applicable | Not provided by UMG | Sat 10/19/2019 | Fri 02/19/1982 | UMG0019593 |
| Y&T | A | UMG0004479<br>UMG0026995 | Wed 07/24/2019 | UMG0004479 | Not Applicable | Not provided by UMG | Sun 07/25/2021 | Thu 01/15/1981 | UMG0026995 |

## Class B

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Adrian Belew | B | P03379 | Fri 05/22/2020 | P03379 | Not Applicable | Not provided by UMG | Mon 05/23/2022 | Not Applicable | Not provided by UMG |
| Adrian Belew | B | P02957 | Fri 05/22/2020 | P02957 | Not Applicable | Not provided by UMG | Mon 04/22/2024 | Not Applicable | Not provided by UMG |
| Albert Lee | B | UMG0083904 | Mon 03/22/2021 | UMG0083904 | Not Applicable | Not provided by UMG | Thu 03/23/2023 | Fri 06/07/1985 | UMG0083904 |
| Alexander O'Neal | B | UMG0028093 UMG0026191 | Wed 05/02/2018 | UMG0028093 | Not Applicable | Not provided by UMG | Sat 07/30/2022 | 12/??/1988 | UMG0026191 |
| Alfie Silas | B | UMG0039842 UMG0039869 | Tue 09/29/2020 | UMG0039842 | Not Applicable | Not provided by UMG | Fri 09/30/2022 | Thu 10/18/1984 | UMG0039869 |
| Angela Winbush | B | P03005 UMG0149790 | Tue 03/19/2019 | P03005 | Not Applicable | Not provided by UMG | Thu 09/15/2022 | Thu 09/27/1979 | UMG0149790 |
| Animotion | B | UMG0083529 UMG0083906 | Fri 03/12/2021 | UMG0083529 | Not Applicable | Not provided by UMG | Mon 03/13/2023 | Fri 03/02/1984 | UMG0083906 |
| Balancing Act | B | P03371 UMG0026635 | Mon 04/23/2018 | P03371 | Not Applicable | Not provided by UMG | Thu 05/05/2022 | Thu 01/15/1987 | UMG0026635 |
| Belinda Carlisle | B | UMG0041016 UMG0028164 | Wed 01/22/2020 | UMG0041016 | Not Applicable | Not provided by UMG | Thu 09/15/2022 | Sun 03/22/1987 | UMG0028164 |
| Berlin | B | UMG0039771 UMG0039930 | Wed 08/26/2020 | UMG0039771 | Not Applicable | Not provided by UMG | Sat 08/27/2022 | Wed 12/15/1982 | UMG0039930 |
| Billy Preston | B | UMG0039932 | Thu 08/13/2020 | UMG0039932 | Not Applicable | Not provided by UMG | Sat 08/13/2022 | Not Applicable | Not provided by UMG |
| Bobby Nunn | B | UMG0083910 | Tue 08/03/2021 | UMG0083910 | Not Applicable | Not provided by UMG | Sat 08/13/2022 | Not Applicable | Not provided by UMG |
| Bonnie Hayes | B | UMG0026630 | Mon 12/18/2017 | UMG0026630 | Not Applicable | Not provided by UMG | Sat 08/20/2022 | Not Applicable | Not provided by UMG |
| Bonnie Raitt | B | UMG0026664 UMG0028765 | Thu 07/30/2020 | UMG0026664 | Not Applicable | Not provided by UMG | Fri 03/15/2024 | Mon 07/11/1988 | UMG0028765 |
| Bonnie Raitt | B | UMG0026668 UMG0028765 | Thu 07/30/2020 | UMG0026668 | Not Applicable | Not provided by UMG | Thu 03/15/2029 | Mon 07/11/1988 | UMG0028765 |
| Brenda Russell | B | UMG0000190 UMG0000207 UMG0000215 UMG0038949 | Thu 05/16/2013 | UMG0000190 | Thu 05/01/2014 | UMG0000215 | Sat 05/30/2015 | Wed 05/07/1986 | UMG0038949 |
| Burning Rome | B | P05010 | Thu 08/13/2020 | P05010 | Not Applicable | Not provided by UMG | Sun 08/14/2022 | Not Applicable | Not provided by UMG |
| Cameo | B | UMG0083545 UMG0083914 | Wed 11/25/2020 | UMG0083545 | Not Applicable | Not provided by UMG | Fri 12/30/2022 | Tue 07/20/1982 | UMG0083914 |
| Cameo | B | UMG0083548 UMG0083914 | Wed 11/25/2020 | UMG0083548 | Not Applicable | Not provided by UMG | Fri 12/30/2022 | Tue 07/20/1982 | UMG0083914 |
| Carly Simon | B | UMG0083927 UMG0083968 | Fri 07/30/2021 | UMG0083968 | Not Applicable | Not provided by UMG | Wed 04/14/2027 | Tue 02/01/1983 | UMG0083927 |
| Carole King | B | | Not Applicable | Not provided by UMG | Not Applicable | Not provided by UMG | Not Applicable | Not Applicable | Not provided by UMG |
| Channel 3 | B | UMG0083976 UMG0109884 | Mon 08/23/2021 | UMG0083976 | Not Applicable | Not provided by UMG | Thu 08/24/2023 | Thu 05/31/1984 | UMG0109884 |
| Chicasaw Mudd Puppies | B | UMG0083982 UMG0109900 | Wed 07/14/2021 | UMG0083982 | Not Applicable | Not provided by UMG | Thu 03/13/2025 | Sun 10/15/1989 | UMG0109900 |
| Chris Stamey | B | UMG0083551 UMG0127908 UMG0127877 | Thu 03/18/2021 | UMG0083551 | Not Applicable | Not provided by UMG | To Be Determined | Tue 08/04/1987 | UMG0127908 UMG0127877 |
| Crowded House | B | UMG0028852 UMG0029210 | Thu 12/12/2019 | UMG0029210 | Not Applicable | Not provided by UMG | Fri 06/30/2023 | Tue 11/26/1985 | UMG0028852 |

## Class B

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Crusaders | B | UMG0000482 UMG0000445 UMG0000488 UMG0000461 UMG0111869 | Tue 01/10/2012 | UMG0000482 | Wed 05/14/2014 | UMG0000445 | Mon 01/20/2014 | Not Applicable | UMG0111869 |
| Crusaders | B | UMG0000482 UMG0000439 UMG0000472 UMG0000452 UMG0111869 | Tue 01/10/2012 | UMG0000482 | Wed 05/14/2014 | UMG0000439 | Fri 06/20/2014 | Not Applicable | UMG0111869 |
| Culture Club | B | UMG0083574 UMG0083995 | Tue 12/22/2020 | UMG0083574 | Not Applicable | Not provided by UMG | Fri 12/23/2022 | Fri 04/30/1982 | UMG0083995 |
| Culture Club | B | UMG0083563 UMG0083995 | Tue 12/22/2020 | UMG0083563 | Not Applicable | Not provided by UMG | Fri 12/23/2022 | Fri 04/30/1982 | UMG0083995 |
| Danny Wilde | B | UMG0000588 UMG0000596 UMG0000600 UMG0026516 | Mon 11/06/2017 | UMG0000600 | Mon 01/22/2018 | UMG0000596 | Sun 01/22/2023 | Tue 06/09/1987 | UMG0026516 |
| Danny Wilson | B | UMG0027088 | Tue 11/05/2019 | UM0027088 | Not Applicable | Not provided by UMG | Thu 04/21/2022 | Not Applicable | Not provided by UMG |
| Danzig | B | | Not Applicable | Not provided by UMG | Not Applicable | Not provided by UMG | Not Applicable | Not Applicable | Not provided by UMG |
| Dave Edmunds | B | UMG0039426 UMG0074988 | Mon 10/16/2017 | UMG0039426 | Not Applicable | Not provided by UMG | Fri 02/21/2025 | Fri 02/19/1988 | UMG0074988 |
| Dave Mason | B | UMG0039775 | Fri 05/08/2020 | UMG0039775 | Not Applicable | Not provided by UMG | Thu 11/03/2022 | Not Applicable | Not provided by UMG |
| David Darling | B | UMG0026403 UMG0027321 | Thu 12/12/2019 | UMG0026403 | Not Applicable | Not provided by UMG | Wed 07/13/2022 | Wed 07/01/1987 | UMG0027321 |
| DB's | B | UMG0027433 UMG0039794 | Fri 09/25/2020 | UMG0039794 | Not Applicable | Not provided by UMG | Thu 09/01/2022 | Mon 09/01/1986 | UMG0027433 |
| DeBarge - Chico | B | UMG0028848 UMG0145883 UMG0039946 | Fri 07/10/2020 | UMG0028848 | Not Applicable | Not provided by UMG | Mon 07/11/2022 | Fri 03/08/1985 | UMG0145883 UMG0039946 |
| Debarge - Eldra | B | UMG0004389 UMG0018745 | Fri 01/25/2019 | UMG0004389 | Not Applicable | Not provided by UMG | Wed 01/31/2024 | Fri 09/17/1982 | UMG0018745 |
| Defunkt | B | UMG0000685 UMG0000691 UMG0000694 UMG0040000 | Thu 08/31/2017 | UMG0000694 | Thu 03/08/2018 | UMG0000691 | Wed 05/31/2023 | Tue 02/02/1988 | UMG0040000 |
| Don Dokken | B | P05014 UMG0040009 | Tue 08/11/2020 | P05014 | Not Applicable | Not provided by UMG | To Be Determined | Mon 08/21/1989 | UMG0040009 |
| Dragsters | B | UMG0004264 | Tue 12/11/2018 | UMG0004264 | Not Applicable | Not provided by UMG | Thu 10/17/2024 | Not Applicable | Not provided by UMG |
| Dyango | B | UMG0083538 | Thu 01/28/2021 | UMG0083538 | Not Applicable | Not provided by UMG | Sun 01/29/2023 | Not Applicable | Not provided by UMG |
| E.G. Daily | B | UMG0083590 UMG0084062 | Mon 04/05/2021 | UMG0083590 | Not Applicable | Not provided by UMG | Thu 04/06/2023 | Fri 06/01/1984 | UMG0084062 |
| Eddy Raven | B | UMG0110293 | Tue 09/28/2021 | UMG0110293 | Not Applicable | Not provided by UMG | Wed 05/12/2027 | Not Applicable | Not provided by UMG |
| Eddy Raven | B | UMG0110290 | Tue 09/28/2021 | UMG0110290 | Not Applicable | Not provided by UMG | Fri 06/07/2024 | Not Applicable | Not provided by UMG |
| Edwin Hawkins | B | UMG0039552 UMG0040120 | Wed 11/13/2019 | UMG0039552 | Not Applicable | Not provided by UMG | Thu 02/06/2025 | Tue 09/12/1989 | UMG0040120 |
| Ellen Shipley | B | UMG0083595 UMG0084111 | Mon 04/26/2021 | UMG0083595 | Not Applicable | Not provided by UMG | Thu 04/27/2023 | Mon 11/29/1982 | UMG0084155 |

## Class B

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Eric B. & Rakim | B | UMG0039767 UMG0040126 | Wed 12/18/2019 | UMG0039767 | Not Applicable | Not provided by UMG | Wed 07/06/2022 | Thu 08/21/1986 | UMG0040126 |
| Eric Johnson | B | UMG0083599 UMG0112635 | Fri 03/05/2021 | UMG0083599 | Not Applicable | Not provided by UMG | Fri 03/21/2025 | Wed 03/11/1987 | UMG0112635 |
| Fatema Mansions | B | UMG0083602 UMG0084155 | Thu 10/15/2020 | UMG0083602 | Not Applicable | Not provided by UMG | Sun 03/22/2026 | Fri 03/22/1991 | UMG0084155 |
| Fixx | B | UMG0083778 UMG0085049 | Fri 12/11/2020 | UMG0083778 | Not Applicable | Not provided by UMG | Mon 12/12/2022 | Wed 03/09/1983 | UMG0085049 |
| Freddie Jackson | B | UMG0039467 | Wed 07/24/2019 | UMG0039467 | Not Applicable | Not provided by UMG | Fri 07/14/2023 | Not Applicable | Not provided by UMG |
| Freddy Hubbard | B | UMG0075306 UMG0116550 | Thu 04/12/2018 | UMG0075306 | Not Applicable | Not provided by UMG | Mon 05/02/2022 | Tue 10/22/1985 | UMG0116550 |
| Freewheelers | B | UMG0039467 UMG0085078 | Thu 05/20/2021 | UMG0039467 | Not Applicable | Not provided by UMG | Fri 10/02/2026 | Fri 09/28/1990 | UMG0085078 |
| Gary Taylor | B | UMG0004270 UMG0027358 | Thu 04/04/2019 | UMG0004270 | Not Applicable | Not provided by UMG | Sat 11/19/2022 | Fri 04/15/1983 | UMG0027358 |
| George Clinton | B | UMG0083608 UMG0128942 | Fri 04/16/2021 | UMG0083608 | Not Applicable | Not provided by UMG | Mon 04/17/2023 | Mon 11/02/1981 | UMG0128942 |
| George Howard | B | UMG0028117 UMG0028209 | Fri 01/10/2020 | UMG0028117 | Not Applicable | Not provided by UMG | Wed 05/03/2023 | Wed 03/12/1986 | UMG0028209 |
| George Howard | B | UMG0028111 UMG0028209 | Fri 01/10/2020 | UMG0028111 | Not Applicable | Not provided by UMG | Fri 02/20/2026 | Wed 03/12/1986 | UMG0028209 |
| George Strait | B | UMG0110296 UMG0110341 | Sun 10/10/2021 | UMG0110341 | Not Applicable | Not provided by UMG | Fri 03/10/2023 | To Be Determined | UMG0110296 |
| Glenn Frey | B | UMG0027509 UMG0057276 | Fri 10/25/2013 | UMG0027509 | Not Applicable | Not provided by UMG | Thu 08/15/2013 | Tue 03/25/1986 | UMG0057276 |
| Grapes of Wrath | B | UMG0085139 | Wed 09/08/2021 | UMG0085139 | Not Applicable | Not provided by UMG | Sat 09/09/2023 | Not Applicable | Not provided by UMG |
| Guns N Roses | B | UMG0004423 UMG0026925 | Tue 07/23/2019 | UMG0004423 | Not Applicable | Not provided by UMG | Fri 07/01/2022 | Tue 08/03/1982 | UMG0026925 |
| Heart | B | UMG0025515 UMG0025556 | Wed 04/06/2016 | UMG0025515 | Not Applicable | Not provided by UMG | Mon 05/16/2022 | Wed 05/22/1985 | UMG0025556 |
| Herbie Hancock | B | UMG0039725 UMG0041035 | Tue 05/31/2016 | UMG0039725 | Not Applicable | Not provided by UMG | Tue 12/31/2024 | Fri 08/25/1989 | UMG0041035 |
| Howard Johnson | B | UMG0083638 | Mon 06/22/2020 | UMG0083644 | Not Applicable | Not provided by UMG | Wed 06/22/2022 | Not Applicable | Not provided by UMG |
| Hubbard and Shaw | B | UMG0028053 UMG0028912 | Wed 02/28/2018 | UMG0028053 | Not Applicable | Not provided by UMG | Mon 01/16/2023 | Fri 03/29/1985 | UMG0028912 |
| Huey Lewis | B | | Not Applicable | Not provided by UMG | Not Applicable | Not provided by UMG | Not Applicable | Not Applicable | Not provided by UMG |
| Indio | B | UMG0027083 | Fri 07/19/2019 | UMG0027083 | Not Applicable | Not provided by UMG | Mon 05/27/2024 | Not Applicable | Not provided by UMG |
| Jackyl | B | UMG0039779 | Wed 09/02/2020 | UMG0039779 | Not Applicable | Not provided by UMG | Fri 08/27/2027 | Not Applicable | Not provided by UMG |
| Jason and the Scorchers | B | UMG0084423 UMG0084300 | Mon 07/19/2021 | UMG0084423 | Not Applicable | Not provided by UMG | Thu 05/20/2027 | Mon 10/12/1987 | UMG0084300 |
| Jason and the Scorchers | B | UMG0083644 UMG0084300 | Mon 03/08/2021 | UMG0083644 | Not Applicable | Not provided by UMG | Thu 03/09/2023 | Mon 10/12/1987 | UMG0084300 |
| Jetboy | B | UMG0026671 UMG0084432 | Tue 05/18/2021 | UMG0026671 | Not Applicable | Not provided by UMG | Wed 10/04/2023 | Tue 05/31/1988 | UMG0084432 |
| Jimmie Haslip | B | UMG0026671 | Fri 07/17/2020 | UMG0026671 | Not Applicable | Not provided by UMG | Thu 07/06/2028 | Not Applicable | Not provided by UMG |
| Joe Henry | B | UMG0040296 | Fri 05/22/2020 | UMG0040296 | Not Applicable | Not provided by UMG | Thu 02/22/2024 | Not Applicable | Not provided by UMG |

## Class B

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| John Doe | B | UMG0083655<br>UMG0084434 | Tue 02/23/2021 | UMG0083655 | Not Applicable | Not provided by UMG | Fri 05/30/2025 | Fri 07/29/1988 | UMG0084434 |
| John Patitucci | B | UMG0004429<br>UMG0026817 | Wed 08/28/2019 | UMG0004429 | Not Applicable | Not provided by UMG | Wed 03/22/2023 | Mon 08/17/1987 | UMG0026817 |
| Johnny Gill | B | UMG0001401<br>UMG0001406<br>UMG0001410<br>UMG0027527 | Wed 08/15/2018 | UMG0001401 | Mon 11/05/2018 | UMG0001406 | Mon 09/16/2024 | Wed 12/24/1986 | UMG0027527 |
| Johnny Winter | B | UMG0001420<br>UMG0001430<br>UMG0001438<br>UMG0040300 | Mon 02/01/2016 | UMG0001420 | Thu 04/21/2016 | UMG0001438 | Wed 09/27/2023 | Mon 06/01/1987 | UMG0040300 |
| Jon Butcher Axis | B | UMG0004284<br>UMG0026135 | Thu 09/06/2018 | UMG0004284 | Not Applicable | Not provided by UMG | Fri 01/12/2024 | Wed 07/21/1982 | UMG0026135 |
| Jose Alberto "El Canario" | B | UMG0039790<br>UMG0148425 | Mon 08/24/2020 | UMG0039790 | Not Applicable | Not provided by UMG | Thu 02/02/2023 | Fri 10/07/1988 | UMG0148425 |
| Kane Roberts | B | UMG0083658<br>UMG0027569 | Thu 04/08/2021 | UMG0083658 | Not Applicable | Not provided by UMG | Fri 02/06/2026 | To Be Determined | UMG0027569 |
| Kane Roberts | B | UMG0083662<br>UMG0084518 | Thu 04/08/2021 | UMG0083662 | Not Applicable | Not provided by UMG | Sun 04/09/2023 | Mon 08/14/1989 | UMG0084518 |
| Keel | B | UMG0004331<br>UMG0004385<br>UMG0040308 | Mon 01/29/2018 | UMG0004331 | Sat 05/18/2019 | UMG0004385 | Thu 06/02/2022 | Sat 02/01/1986 | UMG0040308 |
| Kris Kristofferson | B | UMG0001640<br>UMG0027569 | Thu 10/01/2015 | UMG0001640 | Not Applicable | Not provided by UMG | Fri 05/02/2025 | Tue 06/03/1986 | UMG0027569 |
| LaForrest Cope | B | UMG0004335<br>UMG0026470 | Thu 05/02/2019 | UMG0004335 | Not Applicable | Not provided by UMG | Fri 05/08/2026 | Mon 04/10/1989 | UMG0026470 |
| Latin Breed | B | UMG0040787<br>UMG0084594 | Thu 10/15/2020 | UMG0040787 | Not Applicable | Not provided by UMG | Mon 01/01/2024 | Wed 11/30/1988 | UMG0084594 |
| Law & Order | B | UMG0001674<br>UMG0040316 | Mon 07/16/2018 | UMG0001674 | Not Applicable | Not provided by UMG | Fri 09/20/2024 | Mon 01/09/1989 | UMG0040316 |
| Lee Greenwood | B | UMG0083673<br>UMG0084605 | Fri 02/19/2021 | UMG0083673 | Not Applicable | Not provided by UMG | Mon 02/20/2023 | Tue 06/02/1981 | UMG0084605 |
| Let's Active | B | UMG0027273<br>UMG0027242 | Mon 12/02/2019 | UMG0027273 | Not Applicable | Not provided by UMG | Wed 08/23/2023 | Fri 07/08/1983 | UMG0027242 |
| Level 42 | B | UMG0075046<br>UMG0084666 | Thu 06/25/2020 | UMG0075046 | Not Applicable | Not provided by UMG | Sun 06/26/2022 | Wed 12/16/1987 | UMG0084666 |
| Lloyd Cole | B | UMG0083715<br>UMG0109939 | Mon 03/01/2021 | UMG0083715 | Not Applicable | Not provided by UMG | Fri 04/04/2025 | Mon 07/08/1991 | UMG0109939 |
| Lloyd Cole and the Commotions | B | UMG0083719<br>UMG0084740 | Tue 02/23/2021 | UMG0083719 | Not Applicable | Not provided by UMG | Fri 02/24/2023 | Mon 02/06/1984 | UMG0084740 |
| Loretta Lynn | B | UMG0001797<br>UMG0001809<br>UMG0019095<br>UMG0019130 | Tue 10/11/2016 | UMG0001797 | Mon 04/17/2017 | UMG0001809 | Sat 08/27/2022 | Wed 10/15/1975 | UMG0019095 |
| Los Bukis | B | UMG0084782<br>UMG0110111 | Fri 09/10/2021 | UMG0084782 | Not Applicable | Not provided by UMG | Sun 09/24/2023 | Tue 02/07/1989 | UMG0110111 |
| Los Bukis | B | UMG0083727<br>UMG0110111 | Fri 09/10/2021 | UMG0083727 | Not Applicable | Not provided by UMG | Thu 06/09/2022 | Tue 02/07/1989 | UMG0110111 |

## Class B

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Mac Davis | B | UMG0040342 UMG0040407 | Tue 09/29/2020 | UMG0040407 | Not Applicable | Not provided by UMG | Fri 09/30/2022 | Wed 08/08/1979 | UMG0040342 |
| Mac Davis | B | UMG0083727 UMG0040342 | Sat 06/06/2020 | UMG0083727 | Not Applicable | Not provided by UMG | Thu 06/09/2022 | Wed 08/08/1979 | UMG0040342 |
| Marianne Evelyn Faithful Davis | B | UMG0001821 UMG0001837 UMG0001825 UMG0025848 | Mon 10/23/2017 | UMG0001821 | Mon 01/07/2019 | UMG0001837 | Thu 06/16/2022 | Mon 02/01/1982 | UMG0025848 |
| Mark Heard | B | UMG0004294 | Mon 11/04/2019 | UMG0004294 | Not Applicable | Not provided by UMG | Fri 02/04/2022 | Not Applicable | Not provided by UMG |
| Mark King | B | UMG0004399 | Mon 11/04/2019 | UMG0004399 | Not Applicable | Not provided by UMG | Fri 11/05/2021 | Not Applicable | Not provided by UMG |
| Martha Davis | B | UMG0084805 | Mon 08/02/2021 | UMG0084805 | Not Applicable | Not provided by UMG | Wed 08/23/2023 | Not Applicable | Not provided by UMG |
| Marti Jones | B | UMG0001844 UMG0001847 UMG0001851 UMG0038983 | Tue 01/30/2018 | UMG0001844 | Thu 04/12/2018 | UMG0001847 | Wed 06/21/2023 | Fri 03/08/1985 | UMG0038983 |
| Meat Loaf | B | UMG0083722 | Mon 04/12/2021 | UMG0083722 | Not Applicable | Not provided by UMG | Thu 09/14/2028 | Not Applicable | Not provided by UMG |
| Meli'sa Morgan | B | UMG0039763 | Thu 08/23/2018 | UMG0039763 | Not Applicable | Not provided by UMG | Sat 11/12/2022 | Not Applicable | Not provided by UMG |
| Mellow Man Ace | B | UMG0039763 | Wed 02/17/2021 | UMG0083794 | Not Applicable | Not provided by UMG | Sat 08/23/2025 | Not Applicable | Not provided by UMG |
| Melvin Riley | B | UMG0040334 | Tue 09/01/2020 | UMG0040334 | Not Applicable | Not provided by UMG | Fri 06/22/2029 | Not Applicable | Not provided by UMG |
| Musical Youth | B | UMG0075224 | Tue 11/24/2020 | UMG0075105 | Not Applicable | Not provided by UMG | Thu 11/24/2022 | Fri 03/18/2022 | UMG0075224 |
| Neil Young | B | UMG0024568 UMG0019191 UMG0019167 | Thu 11/29/2012 | UMG0024568 | Not Applicable | Not provided by UMG | Thu 06/30/2022 | Tue 11/02/1982 | UMG0019191 |
| Nirvana | B | UMG0152237 UMG0152319 | Mon 12/06/2021 | UMG0152319 | Not Applicable | Not provided by UMG | Thu 10/01/1931 | Tue 04/30/1991 | UMG0152237 |
| Nirvana | B | UMG0152237 UMG0152320 | Mon 12/06/2021 | UMG0152320 | Not Applicable | Not provided by UMG | Thu 09/14/2028 | Tue 04/30/1991 | UMG0152237 |
| Nirvana | B | UMG0152237 UMG0152321 | Mon 12/06/2021 | UMG0152321 | Not Applicable | Not provided by UMG | Wed 12/15/2027 | Tue 04/30/1991 | UMG0152237 |
| Nirvana | B | UMG0152237 UMG0152322 | Mon 12/06/2021 | UMG0152322 | Not Applicable | Not provided by UMG | Thu 11/15/2029 | Tue 04/30/1991 | UMG0152237 |
| Nirvana | B | UMG0152237 UMG0152323 | Mon 12/06/2021 | UMG0152323 | Not Applicable | Not provided by UMG | Fri 09/04/2026 | Tue 04/30/1991 | UMG0152237 |
| Nona Hendryx | B | UMG0039735 UMG0040456 | Thu 06/16/2016 | UMG0039735 | Not Applicable | Not provided by UMG | Mon 04/18/2022 | Wed 06/25/1986 | UMG0040456 |
| NRBQ | B | UMG0019239 UMG0083737 | Mon 04/12/2021 | UMG0083737 | Not Applicable | Not provided by UMG | Mon 09/16/2024 | Mon 10/31/1977 | UMG0019239 |
| Pere Ubu | B | UMG0083741 UMG0109955 | Tue 05/04/2021 | UMG0083741 | Not Applicable | Not provided by UMG | Fri 05/05/2023 | Tue 01/05/1988 | UMG0109955 |
| Peter Case | B | UMG0083746 | Mon 02/01/2021 | UMG0083746 | Not Applicable | Not provided by UMG | Thu 02/02/2023 | Not Applicable | Not provided by UMG |
| Peter Tosh | B | UMG0083750 | Fri 04/09/2021 | UMG0083750 | Not Applicable | Not provided by UMG | Sun 04/09/2023 | Not Applicable | Not provided by UMG |
| Phantom, Rocker & Slick | B | UMG0083755 UMG0144852 | Tue 03/09/2021 | UMG0083755 | Not Applicable | Not provided by UMG | Fri 03/10/2023 | To Be Determined | UMG0144852 |
| Rain Parade | B | UMG0085012 UMG0110009 | Mon 08/23/2021 | UMG0085012 | Not Applicable | Not provided by UMG | Wed 08/23/2023 | Fri 07/12/1985 | UMG0110009 |
| Rescue | B | UMG0083786 | Fri 04/09/2021 | UMG0083786 | Not Applicable | Not provided by UMG | Mon 04/10/2023 | Not Applicable | Not provided by UMG |

## Class B

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Richard Marx | B | UMG0039740<br>UMG0040462 | Fri 04/19/2013 | UMG0039740 | Not Applicable | Not provided by UMG | Mon 05/16/2022 | Wed 07/09/1986 | UMG0040462 |
| Rickie Lee Jones | B | UMG0002264<br>UMG0002275<br>UMG0002264<br>UMG0049056 | Mon 09/25/2017 | UMG0002264 | Thu 03/15/2018 | UMG0002275 | Fri 09/27/2024 | Thu 05/01/1986 | UMG0049056 |
| Ringling Sisters | B | UMG0002279 | Mon 04/02/2018 | UMG0002279 | Not Applicable | Not provided by UMG | Fri 11/21/2025 | Not Applicable | Not provided by UMG |
| Roger Hodgson | B | UMG0083766 | Mon 04/02/2018 | UMG0083766 | Not Applicable | Not provided by UMG | Fri 11/21/2025 | Not Applicable | Not provided by UMG |
| Sa-Fire | B | UMG0040556<br>UMG0151569 | Wed 10/21/2020 | UMG0040556 | Not Applicable | Not provided by UMG | Thu 09/07/2023 | Mon 09/09/1991 | UMG0151569 |
| Shadowfax | B | UMG0026512 | Mon 07/16/2018 | UMG0026512 | Not Applicable | Not provided by UMG | Fri 03/31/2023 | Mon 03/09/1987 | UMG0028976 |
| Sheryl Crow | B | UMG0085022 | Thu 09/23/2021 | UMG0085022 | Not Applicable | Not provided by UMG | Thu 08/03/2028 | Not Applicable | Not provided by UMG |
| Slick Rick | B | UMG0028121<br>UMG0028301 | Thu 02/06/2020 | UMG0028121 | Not Applicable | Not provided by UMG | Fri 11/24/2023 | Tue 05/13/1986 | UMG0028301 |
| Slick Rick | B | P03515<br>UMG0028301 | Thu 02/06/2020 | P03515 | Not Applicable | Not provided by UMG | Fri 11/24/2023 | Tue 05/13/1986 | UMG0028301 |
| Smithereens | B | UMG0027801<br>UMG0073887 | Tue 07/17/2018 | UMG0027801 | Not Applicable | Not provided by UMG | Tue 03/07/2023 | Mon 06/01/1987 | UMG0073887 |
| Spyro Gyra | B | | Not Applicable | Not provided by UMG | Not Applicable | Not provided by UMG | Not Applicable | Not Applicable | Not provided by UMG |
| Stan Ridgeway | B | UMG0028126<br>UMG0152112 | Tue 01/07/2020 | UMG0028126 | Not Applicable | Not provided by UMG | Fri 04/26/2024 | Fri 03/11/1988 | UMG0152112 |
| Steelheart | B | UMG0085026<br>UMG0083768 | Fri 04/16/2021 | UMG0083768 | Not Applicable | Not provided by UMG | To Be Determined | Mon 03/20/1989 | UMG0085026 |
| Stephanie Mills | B | UMG0004245<br>UMG0040818 | Fri 04/06/2018 | UMG0004245 | Not Applicable | Not provided by UMG | Thu 11/25/2027 | Sun 01/15/1978 | UMG0040818 |
| Steve Miller Band | B | V3622D905<br>UMG0040570 | Fri 01/24/2014 | Not provided by UMG | Not Applicable | Not provided by UMG | Thu 09/14/2023 | Wed 10/14/1981 | UMG0040570 |
| Steve Morse | B | UMG0002696<br>UMG0002693<br>UMG0002699<br>UMG0051602 | Wed 11/15/2017 | UMG0002696 | Thu 02/01/2018 | UMG0002693 | Thu 05/02/2024 | Sun 12/21/1986 | UMG0051602 |
| Stevie Wonder | B | UMG0002733<br>UMG0019405<br>UMG0019391 | Wed 11/15/2017 | UMG0002733 | Not Applicable | Not provided by UMG | Tue 09/05/2023 | Thu 04/01/1982 | UMG0019405 |
| Suzanne Vega | B | UMG0039785<br>UMG0040582 | Wed 07/29/2020 | UMG0039785 | Not Applicable | Not provided by UMG | Mon 08/15/2022 | Sat 12/01/1984 | UMG0040582 |
| Syd Straw | B | UMG0027939<br>P00103<br>UMG0074009<br>UMG0027890 | Tue 06/21/2016 | UMG0027939 | Fri 12/16/2016 | P00103 | Sat 06/22/2024 | Mon 07/20/1987 | UMG0027890 |
| Thrashing Doves | B | UMG0028130<br>UMG0028470 | Tue 12/17/2019 | UMG0028130 | Not Applicable | Not provided by UMG | Thu 02/08/2024 | Mon 10/14/1985 | UMG0028470 |
| Tommy Keene | B | UMG0027160<br>UMG0054280 | Wed 11/06/2019 | UMG0027160 | Not Applicable | Not provided by UMG | Thu 02/08/2024 | Thu 05/30/1985 | UMG0054280 |
| Tora Tora | B | UMG0083790<br>UMG0085143 | Thu 04/08/2021 | UMG0083790 | Not Applicable | Not provided by UMG | Mon 05/20/2024 | Thu 09/08/1988 | UMG0085143 |
| Vinnie Vincent | B | UMG0028025<br>UMG0029111 | Thu 11/08/2018 | UMG0028025 | Not Applicable | Not provided by UMG | Thu 03/02/2023 | Mon 11/11/1985 | UMG0029111 |

## Class B

| Performing Artist | Class | Sources | Termination Notice Date | Termination Notice | Counter Notice Letter Date | Counter Notice Letter | Effective Termination Date | Date of Recording Agreement | Recording Agreement |
|---|---|---|---|---|---|---|---|---|---|
| Wall of Voodoo | B | UMG0040723<br>UMG0040685 | Tue 09/01/2020 | UMG0040723 | Not Applicable | Not provided by UMG | Fri 09/02/2022 | Thu 01/01/1981 | UMG0040685 |
| Wally Badarou | B | UMG0003214<br>UMG0019593 | Wed 10/18/2017 | UMG0003214 | Not Applicable | Not provided by UMG | Thu 06/06/2024 | Fri 02/19/1982 | UMG0019593 |
| Walter Beasley | B | UMG0003214 | Fri 10/22/2021 | UMG0003214 | Not Applicable | Not provided by UMG | Mon 10/23/2023 | Not Applicable | Not provided by UMG |
| X | B | UMG0085147 | Tue 07/13/2021 | UMG0085147 | Not Applicable | Not provided by UMG | Fri 06/09/2028 | Not Applicable | Not provided by UMG |
| Y&T | B | UMG0152337<br>UMG0026995 | Mon 11/29/2021 | UMG0152337 | Not Applicable | Not provided by UMG | Thu 11/30/2023 | Thu 01/15/1981 | UMG0026995 |
| Yellow Jacket | B | UMG0039853<br>UMG0142495 | Wed 09/16/2020 | UMG0039853 | Not Applicable | Not provided by UMG | Sat 09/17/2022 | Mon 12/16/1985 | UMG0142495 |
| Zachary Richard | B | UMG0027092<br>UMG0027097 | Tue 11/19/2019 | UMG0027092 | Not Applicable | Not provided by UMG | Sun 05/18/2025 | Mon 05/01/1989 | UMG0027097 |