**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

X
:
JOHN WAITE, an individual; KASIM SULTON, an individual; SUSAN STRAW HARRIS p/k/a SYD STRAW, an individual; LEONARD GRAVES PHILLIPS, an individual; STAN SOBOL a/k/a STAN LEE, an individual; STEVE WYNN, an individual; DENNIS MEHAFFEY, p/k/a DENNIS DUCK, an individual; and JOEL DAVID PELLISH, p/k/a DAVE PROVOST, an individual; and on behalf of all others similarly situated,

                         Plaintiffs,

        v.

UMG RECORDINGS, INC., a Delaware corporation doing business as Universal Music Group; and CAPITOL RECORDS, LLC, a Delaware limited liability company;

                         Defendants.
X

No. 1:19-cv-01091(LAK)

ORAL ARGUMENT REQUESTED

**DECLARATION OF RYAN E. CRONIN**
**IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANT CAPITOL RECORDS, LLC'S MOTION FOR SUMMARY JUDGMENT AS TO ITS**
**COUNTERCLAIMS AGAINST PLAINTIFF AND COUNTERCLAIM DEFENDANT SUSAN STRAW**
**HARRIS**

I, Ryan E. Cronin, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney at law admitted to the bar of this Court, and  I am  a partner in the law firm of Blank Rome LLP, attorneys for Plaintiffs Kasim Sulton, Susan Straw Harris p/k/a Syd Straw, Leonard Graves Phillips, Stan Sobol p/k/a Stan Lee, Steve Wynn, Dennis Mehaffey p/k/a Dennis Duck, and David Pellish p/k/a Dave Provost, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"). I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Capitol Records, LLC's Motion for Summary

Judgment as to its Counterclaims Against Plaintiff and Counterclaim Defendant Susan Straw

Harris, filed concurrently herewith.

2.     A true and correct copy of relevant excerpts from the deposition of Plaintiff Susan

Straw Harris, dated December 16, 2021, is attached hereto as Exhibit 1.

3.     A true and correct copy of Exhibit 86 to the deposition of Plaintiff Susan Straw

Harris, reflecting payments to Susan Straw Harris from Bandcamp, which was produced in this

litigation bearing the Bates number BANDCAMP00001, is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

personal knowledge.

Executed: New York, New York
Dated: May 23, 2022

/s/ Ryan E. Cronin
Ryan E. Cronin