# EXHIBIT E

Log In    Register    Search artists, albums and more...



More images

# Kasim Sulton – Someone To Love

| | |
|---|---|
| Label: | EMI America – EYS-17224 |
| Format: | Vinyl, 7", 45 RPM, Single, Promo |
| Country: | Japan |
| Released: | 1982 |
| Genre: | Rock |
| Style: | |

Add to Collection        Add to Wantlist

## Release                                                    [r14760180]

Edit Release
New Submission

Share

## Marketplace                                        3 For Sale from $20.00

Buy Vinyl        Sell Vinyl

## Statistics

| | | | |
|---|---|---|---|
| Have: | 0 | Last Sold: | Never |
| Want: | 3 | Lowest: | -- |
| Avg Rating: | 5 / 5 | Median: | -- |
| Ratings: | 1 | Highest: | -- |

## Tracklist

| A | Someone To Love |
|---|---|

## Companies, etc.

Record Company – Toshiba EMI Ltd

Videos   Edit

Add video

## Reviews

Add Review

Lists   Add to List

Add to List

## Contributors

jappress

Report

About Discogs

Help Is Here

Join In

© 2022 Discogs®

Do Not Sell My Personal Information

Cookie Policy

Terms of Service

Privacy Policy

California Privacy Notice

Accessibility Statement

English