UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN WAITE, etc., et al.,

                Plaintiffs,

    -against-                                                19-cv-1091 (LAK)

UMG RECORDINGS, INC., etc., at al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motion of defendant Capitol Records, LLC ("Capitol"), for partial summary judgment in its favor on its copyright infringement claims against plaintiff Susan Straw Harris, including a finding that Ms. Harris's alleged infringement was willful (Dkt 185), is granted to the extent that Capitol shall have judgment against Ms. Harris for direct and contributory infringement and recover compensatory damages in the total sum of $499.  It is denied in all other respects, as there is a genuine issue of material fact as to willfulness.

        SO ORDERED.

Dated:      September 9, 2022

                                                              /s/    Lewis A. Kaplan
                                                                     Lewis A. Kaplan
                                                             United States District Judge

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/12/2022]