IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN WAITE, an individual; KASIM SULTON, an individual; SUSAN STRAW HARRIS p/k/a SYD STRAW, an individual; LEONARD GRAVES PHILLIPS, an individual; STAN SOBOL a/k/a STAN LEE, an individual; STEVE WYNN, an individual; DENNIS MEHAFFEY, p/k/a DENNIS DUCK, an individual; and JOEL DAVID PELLISH, p/k/a DAVID PROVOST, an individual; and on behalf of all others similarly situated,

Plaintiffs,

v.

UMG RECORDINGS, INC., a Delaware corporation doing business as Universal Music Group; and CAPITOL RECORDS, LLC, a Delaware limited liability company;

Defendants.

No. 1:19-cv-01091(LAK)

[PROPOSED] ORDER

## ORDER

Upon consideration of Plaintiffs' Motion to Withdraw Counsel, the Court finds that good cause has been shown for the granting of the Motion.

Accordingly, it is hereby

**ORDERED**, that the Motion is **GRANTED**, and

**FURTHER ORDERED**, that Ryan Cronin be withdrawn as Plaintiffs' counsel in this matter.

**SO ORDERED.**

DATED:

Honorable Lewis A. Kaplan
United States District Judge

10/7/22