# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-5-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOHN WAITE, an individual; KASIM
SULTON, an individual; SUSAN STRAW
HARRIS p/k/a SYD STRAW, an individual;
LEONARD GRAVES PHILLIPS, an
individual, STAN SOBOL a/k/a STAN LEE, an
individual, STEVE WYNN, an individual,
DENNIS MEHAFFEY p/k/a DENNIS DUCK,
an individual; and DAVID PELLISH p/k/a
DAVE PROVOST, an individual; and on behalf
of all others similarly situated,

     Plaintiffs,

v.

UMG RECORDINGS, INC.; CAPITOL
RECORDS, LLC; and DOES 1 through 10,

     Defendants.

------------------------------------------------------------X

No. 1:19-cv-01091(LAK)

Denied.

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
1/5/23

### DEFENDANT CAPITOL RECORDS, LLC'S
### NOTICE OF MOTION FOR RECONSIDERATION
### OF SEPTEMBER 12, 2022, ORDER (ECF NO. 239)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Capitol Records, LLC ("Capitol") hereby moves this Court before the Honorable Lewis A. Kaplan, United States District Court Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, NY 10007, pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, for an Order clarifying its September 12, 2022, Order (ECF No. 239). Specifically, Capitol respectfully requests that the Court clarify that Capitol remains entitled to a

trial on the issues of statutory damages and willfulness, and to make an election of damages pursuant to 17 U.S.C. § 504(c)(1) at any time before entry of final judgment.

Dated:  New York, New York
        September 26, 2022

Respectfully submitted,

SIDLEY AUSTIN LLP

By:  */s/Ariel G. Atlas*
Ariel G. Atlas
aatlas@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Rollin A. Ransom
rransom@sidley.com
Lisa M. Gilford
lgilford@sidley.com
Lauren M. De Lilly
ldelilly@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Richard S. Mandel
rsm@cll.com
Thomas Kjellberg
txk@cll.com
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone:  (212) 790-9200
Facsimile:  (212) 575-0671

*Attorneys for Defendant Capitol Records, LLC*