UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOHN WAITE, etc., et al.,

                 Plaintiffs,

-against-                                        19-cv-1091 (LAK)

UMG RECORDINGS, INC., etc., at al.,

                 Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       As plaintiffs' have sought to take an interlocutory appeal from the Court's order denying class certification and the parties have stipulated to a stay of all proceedings pending appeal, plaintiffs' motion for partial summary judgment on defendants' work for hire defense (Dkt 166) is denied without prejudice to renewal following expiration of the stay. Any such renewal shall be by notice filed no later than 21 days after said expiration and shall be on the existing papers.

       SO ORDERED.

Dated:      February 13, 2023

                                                     Lewis A. Kaplan
                                             United States District Judge