Case 1:19-cv-01091-LAK   Document 270   Filed 02/15/23   Page 1 of 1

Case 1:19-cv-01091-LAK   Document 271   Filed 02/15/23   Page 1 of 1

# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

**MEMO ENDORSED**

Phone: (412) 932.2814
Email: Roy.Arnold@BlankRome.com

February 15, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-15-2023
```

Re: *Waite v. UMG Recordings, Inc.*,
Civil Action No. 1:19-cv-01091-LAK (S.D.N.Y.)

Dear Judge Kaplan:

Plaintiffs-Petitioners Kasim Sulton, Susan Straw Harris p/k/a Syd Straw, Leonard Graves Phillips, Stan Sobol p/k/a Stan Lee, Steve Wynn, Dennis Mehaffey p/k/a Dennis Duck, and David Pellish p/k/a Dave Provost, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs-Petitioners"), by and through its counsel, respectfully request the withdrawal of Plaintiffs' Notice of Interlocutory Appeal (ECF 266) without prejudice.

On February 10, 2023, Plaintiffs-Petitioners filed their Fed. R. Civ. P. 23(f) Petition for Permission to Appeal Order Denying Class Certification in the United States Court of Appeals for the Second Circuit, which was docketed at Appellate Docket No. 23-194. Plaintiffs-Petitioners filed in error the Notice of Interlocutory Appeal (ECF No. 266) in the District Court on February 10, 2023, causing the creation of a duplicative Docket No. 23-195 in the United States Court of Appeals for the Second Circuit. To cure this situation created by the erroneous, premature filing, and to eliminate the second docket, the Clerk's Office of the United States Court of Appeals for the Second Circuit suggested that Plaintiffs-Petitioners withdraw the Notice of Interlocutory Appeal filed in U.S. District Court for the Southern District of New York (ECF No. 266). The withdrawal (without prejudice) will not affect the posture of this action or prejudice any party to this matter.

Counsel for Plaintiffs-Petitioners met-and-conferred with counsel for Defendants who consented to the requested relief. Accordingly, Plaintiffs-Petitioners hereby request the withdrawal of the Notice of Interlocutory Appeal (ECF No. 266) without prejudice to the re-filing of the Notice of Interlocutory Appeal within 14 days after the Court of Appeals grants the Petition.

Respectfully submitted,

/s/ Roy W. Arnold

cc: Counsel of Record

Granted
[signature]
2/15/23