## UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand and twenty three,

John Waite, individually and on behalf of all others similarly situated, Stan Sobol, individually and on behalf of all others similarly situated, AKA Stan Lee, Kasim Sulton, individually and on behalf of all others similarly situated, Leonard Graves Phillips, individually and on behalf of all others similarly situated, David Pellish, an individual, on behalf of themselves and all others similarly situated, AKA Dave Provost, Steve Wynn, an individual, Dennis Mehaffey, an individual, AKA Dennis Duck,

    Plaintiffs - Appellants,

Susan Straw Harris, individually and on behalf of all others similarly situated, AKA Syd Straw,

    Plaintiff-Counter-Defendant - Appellant,

Joe Ely, individually and on behalf of all others similarly situated, Israel Caballero, individually and on behalf of all others similarly situated,

    Plaintiffs,

Earle R. Ely, Jr., AKA Joe Ely,

    Plaintiff-Counter-Defendant,

v.

Capitol Records, LLC,

    Defendant-Counter-Claimant - Appellee,

UMG Recordings, Inc., DBA Universal Music Group,

**ORDER**

Docket Number: 23-195

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 17 2023

Defendant - Appellee,

UMG Recordings, Inc., a Delaware corporation,

Defendant-Counter-Claimant,

Does 1 though 10,

Defendant.
_____

A notice of appeal was filed on February 13, 2023. Appellant's Forms C, and D, were due February 28, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective **March 15, 2023** if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit