USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6-13-2023___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOBOL et al.,

                          Plaintiffs,

                -against-                                  19-cv-01091 (LAK)

UMG RECORDINGS, INC., et al.,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The parties stipulated to a stay of all proceedings pending plaintiffs' interlocutory appeal from the Court's decision denying class certification. The stay expired on May 16, 2023, when the Second Circuit denied plaintiffs' request for leave to appeal. On February 13, 2023, this Court denied without prejudice to renewal plaintiffs' motion for summary judgment on defendants' work for hire defense and required any such renewal to be by notice filed no later than 21 days after expiration of the stay (by June 6, 2023). Plaintiffs have not filed any such notice of renewal. Accordingly, plaintiffs' motion for summary judgment is denied. The Clerk of the Court shall terminate Dkt 166.

        SO ORDERED.

Dated:        June 13, 2023

                                                  Lewis A. Kaplan
                                        United States District Judge