

SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
+1 213 896 6000
+1 213 896 6600 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 213 896 6047
RRANSOM@SIDLEY.COM

December 13, 2023

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sobol, et al. v. UMG Recordings, Inc., et al.*, No. 1:19-cv-01091-LAK

Dear Judge Kaplan:

    I write with the consent of counsel for plaintiffs to advise the Court that the parties have reached a confidential settlement in principle of the claims of the remaining named plaintiffs (Kasim Sulton, Leonard Graves Phillips, Stan Sobol, Steve Wynn, Dennis Mehaffey, David Pellish, and Susan Straw Harris).  The parties therefore request that the Court administratively close the action for a period of forty-five days to permit the parties to prepare and finalize settlement documentation.

    Very truly yours,

    Rollin A. Ransom

cc:    All Counsel Record (via ECF)

Sidley Austin (CA) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.