Case 1:19-cv-01091-LAK    Document 295    Filed 03/13/24    Page 1 of 1

# BLANKROME

Union Trust Building
501 Grant Street | Suite 850 | Pittsburgh, PA 15219
blankrome.com

| | |
|---|---|
| *Phone:* | *(412) 932-2814* |
| *Fax:* | *(412) 592-0959* |
| *Email:* | *roy.arnold@blankrome.com* |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-14-24

March 13, 2024

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

> **Re:    Sobol, et al. v. UMG Recordings, Inc.**
> **Civil Action No. 1:19-cv-01091-LAK (S.D.N.Y.)**

Dear Judge Kaplan:

On behalf of plaintiffs Stan Sobol, Susan Straw Harris, Leonard Graves Phillips, Kasim Sulton, Joel Davis Pellish, Dennis Mehaffey, and Steve Wynn ("Plaintiffs"), we write to request that the Court extend the deadline to reactivate this case until March 20, 2024.

While the parties have been able to execute a Confidential Settlement Agreement as to several named plaintiffs, they are in the final stages of collecting certain additional signatures and countersignatures of certain parties. All counsel believe that we are on track to be able to collect the necessary signatures by March 20, 2024. Therefore, out of an abundance of caution, we request that the Court extend today's deadline to notify the Court until March 20, 2024.

We have conferred with counsel for Defendants, Rollin Ransom, and he has informed us that Defendants do not oppose this request.

Plaintiff's counsel will make themselves available at the Court's convenience if the Court wishes to hear further from counsel.

Very truly yours,

Roy W. Arnold

Dated: 3/14/2024

**SO ORDERED**

**LEWIS A. KAPLAN, USDJ**