UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN WAITE, an individual; JOE ELY, an individual; KASIM SULTON, an individual; SUSAN STRAW HARRIS p/k/a SYD STRAW, an individual; LEONARD GRAVES PHILLIPS, an individual; STAN SOBOL a/k/a STAN LEE, an individual; STEVE WYNN, an individual; DENNIS MEHAFFEY p/k/a DENNIS DUCK, an individual; and DAVID PELLISH p/k/a DAVE PROVOST, an individual; and on behalf of all others similarly situated,

                Plaintiffs,

             v.

UMG RECORDINGS, INC., a Delaware corporation doing business as Universal Music Group; CAPITOL RECORDS, LLC, a Delaware limited liability company; and DOES 1 through 10,

                Defendants.

------------------------------------------------------------X

Case No. 1:19-cv-01091(LAK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, on February 5, 2019, plaintiffs John Waite ("Waite") and Earle R. Ely, Jr. p/k/a Joe Ely ("Ely") filed a putative class action Complaint against defendant UMG Recordings, Inc. ("UMG") for copyright infringement and declaratory relief;

WHEREAS, on June 5, 2019, plaintiffs Waite, Ely, Kasim Sulton ("Sulton"), Susan Straw Harris p/k/a Syd Straw ("Straw"), Leonard Graves Phillips ("Phillips"), Stan Sobol a/k/a Stan Lee ("Sobol"), and Israel Caballero ("Caballero") filed a First Amended Complaint against UMG for copyright infringement and declaratory relief;

WHEREAS, on March 31, 2020, the Court issued a Memorandum Order in which it, among other things, dismissed Waite's claims in the First Amended Complaint;

WHEREAS, on August 31, 2020, plaintiffs Ely, Kasim, Straw, Phillips, Sobol, Steve Wynn ("Wynn"), Dennis Mehaffey p/k/a Dennis Duck ("Mehaffey"), and David Pellish p/k/a Dave Provost ("Pellish") (collectively, and excluding Ely, the "SAC Plaintiffs") filed a Second Amended Complaint against UMG and Capitol Records, LLC ("Capitol," and together with UMG, "Defendants") for copyright infringement and declaratory relief;

WHEREAS, on January 27, 2023, the Court issued a Memorandum Order in which it denied the SAC Plaintiffs' Motion for Class Certification;

WHEREAS, on February 10, 2023, the SAC Plaintiffs filed a Petition for Permission to Appeal Order Denying Class Certification (the "Petition") with the United States Court of Appeals for the Second Circuit;

WHEREAS, on May 16, 2023, the United States Court of Appeals for the Second Circuit denied the Petition; and

WHEREAS, the SAC Plaintiffs and Defendants have entered into a confidential settlement agreement that fully and finally resolves the SAC Plaintiffs' claims against

1

Defendants, and that requires the SAC be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel, that the above-captioned action, including without limitation and all claims asserted by the SAC Plaintiffs therein, are voluntarily dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  New York, New York
          March 20, 2024

Respectfully submitted,

**BLANK ROME LLP**

By: /s/ Roy W. Arnold
Roy W. Arnold (Pro Hac Vice)
roy.arnold@blankrome.com
David M. Perry (Pro Hac Vice)
david.perry@blankrome.com
Gregory M. Bordo (Pro Hac Vice)
greg.bordo@blankrome.com
Heidi Crikelair
heidi.crikelair@blankrome.com
Andrew Hambleton
andrew.hambleton@blankrome.com
Jillian M. Taylor (Pro Hac Vice)
jillian.taylor@blankrome.com
Ricky Guerra (Pro Hac Vice)
ricky.guerra@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

**COHEN MUSIC LAW**

Evan S. Cohen (Pro Hac Vice)
esc@manifesto.com
Maryann R. Marzano (Pro Hac Vice)
mmarzano@gradstein.com
mmarzano@cohenmusiclaw.com
104 West Anapamu Street, Suite K
Santa Barbara, CA 93101-3126
Telephone: (805) 837-0100

*Attorneys for Plaintiffs Waite, Ely, Kasim, Straw, Phillips, Sobol, Caballero, Wynn, Mehaffey, and Pellish*

**SIDLEY AUSTIN LLP**

By: _____
Rollin A. Ransom (Pro Hac Vice)
rransom@sidley.com
Lisa M. Gilford (Pro Hac Vice)
lgilford@sidley.com
Lauren M. De Lilly (Pro Hac Vice)
ldelilly@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendants UMG Recordings, Inc. and Capitol Records, LLC*